COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Appellate case name:    *Elisa Merrill Wilson v. The State of Texas*

Appellate case number:    01-11-01125-CR

Trial court case number:    10CCR149142

Trial court:    County Court at Law No. 2 of Fort Bend County


The court requests that the court reporter in the above-referenced case supplement the record on appeal with the following original exhibits:

State's Exhibit No. 5 – Telephone recording

State's Exhibit No. 7 – Telephone recording

State's exhibit No. 8 – Telephone recording

State's exhibit No. 9 – Audio tape

Defendant's exhibit No. 13 – Audio tape

The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The exhibit is due in this Court no later than November 15, 2012.

It is so ORDERED.


Judge's signature:    /s/ Justice Bland
                            Acting individually


Date:   October 31, 2012